IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHONTE LONG ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-cv-02088 (CRC) |
| MOTION PICTURE ASSOCIATION ) | |
| OF AMERICA dba MPAA ) | |
| ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT RE: TRIAL DATE

Following the status conference in this case on October 11, 2023, the parties have discussed alternative trial dates to the previously scheduled February 5, 2024, trial start date. The parties are all available for a trial starting on February 26, 2024, March 4, 2024, or April 29, 2024.

It is Plaintiff's strong preference to move the trial to the closest date to the original February 5 start date as possible, and so Plaintiff's preferred start date is February 26, 2024.

However, due to witness availability, Defendant's preferred start date is one week later: March 4, 2024.

Dated: October 24, 2023                                             Respectfully submitted,

| | |
|---|---|
|   /s/ Sharon T. Rogart | /s/ Denise E. Giraudo |
| Stephen Z. Chertkof (DC Bar No. 451713) | Denise E. Giraudo (DC Bar No. 499348) |
| Sharon Rogart (DC Bar No. 1645202) | Tracey Kennedy (*pro hac vice* forthcoming) |
| Heller, Huron, Chertkof & Salzman, PLLC | Sheppard Mullin Richter & Hampton LLP |
| 1629 K Street NW, Suite 300 | 2099 Pennsylvania Avenue, NW, Suite 100 |
| Washington, DC 20006 | Washington, D.C. 20006-6801 |
| Telephone: (202) 293-8090 | Telephone: (202) 747-2309 |
| Facsimile: (202) 293-7110 | Facsimile: (202) 747-3935 |
| szc@hellerhuron.com | dgiraudo@sheppardmullin.com |
| str@hellerhuron.com | cwilliams@sheppardmullin.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |